## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

**GPI, LLC**

**Plaintiff**

Case No.: **1:23-cv-02360-GLR**

*vs.*

**Patriot Goose Control Inc., et al.**

**Defendant(s)**

## <u>AFFIDAVIT OF SERVICE</u>

I, Brian K. McClernan, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons; Verified Complaint with Exhibits; Disclosure of Corporate Interest; Plaintiff GPI, LLC's Motion for Preliminary Injunction; Plaintiff GPI LLC's Memorandum of Law in Support of Motion for Preliminary Injunction; Proposed Order on Plaintiff GPI, LLC's Motion for a Preliminary Injunction; Plaintiff GPI LLC's Motion to Expedite Discovery with Exhibits; and Proposed Order on Plaintiff's Motion to Expedite Discovery in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 8/30/2023 at 1:18 PM, I served Patriot Goose Control, Inc. c/o Elliot Oren, President at 824 The Old Station Court, Woodbine, Maryland 21797 with the Summons; Verified Complaint with Exhibits; Disclosure of Corporate Interest; Plaintiff GPI, LLC's Motion for Preliminary Injunction; Plaintiff GPI LLC's Memorandum of Law in Support of Motion for Preliminary Injunction; Proposed Order on Plaintiff GPI, LLC's Motion for a Preliminary Injunction; Plaintiff GPI LLC's Motion to Expedite Discovery with Exhibits; and Proposed Order on Plaintiff's Motion to Expedite Discovery by serving Elliot Oren, President, authorized to accept service.

Elliot Oren is described herein as:

Gender: Male   Race/Skin: White   Age: 40-45   Weight: 210-230   Height: 6'0"   Hair: Red/Brown   Glasses: No

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

8/31/23

Executed On

Brian K. McClernan

Client Ref Number:0076335-000019
Job #: 1622988

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050