# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

GPI, LLC

**Plaintiff**

Case No.: 1:23-cv-02360-GLR

vs.

Patriot Goose Control Inc., et al.

**Defendant(s)**

## AFFIDAVIT OF SERVICE

I, Brian K. McClernan, a Private Process Server, being duly sworn, depose and say:

That I am over the age of eighteen years and not a party to or otherwise interested in this matter.

That I have been duly authorized to make service of the Summons; Verified Complaint with Exhibits; Disclosure of Corporate Interest; Plaintiff GPI, LLC's Motion for Preliminary Injunction; Plaintiff GPI LLC's Memorandum of Law in Support of Motion for Preliminary Injunction; Proposed Order on Plaintiff GPI, LLC's Motion for a Preliminary Injunction; Plaintiff GPI LLC's Motion to Expedite Discovery with Exhibits; and Proposed Order on Plaintiff's Motion to Expedite Discovery in the above entitled case.

That on 08/30/2023 at 1:18 PM, I personally served Elliot Oren with the Summons; Verified Complaint with Exhibits; Disclosure of Corporate Interest; Plaintiff GPI, LLC's Motion for Preliminary Injunction; Plaintiff GPI LLC's Memorandum of Law in Support of Motion for Preliminary Injunction; Proposed Order on Plaintiff GPI, LLC's Motion for a Preliminary Injunction; Plaintiff GPI LLC's Motion to Expedite Discovery with Exhibits; and Proposed Order on Plaintiff's Motion to Expedite Discovery at 824 The Old Station Court, Woodbine, Maryland 21797.

Elliot Oren is described herein as:

Gender: Male   Race/Skin: White   Age: 40-45   Weight: 210-230   Height: 6'0"   Hair: Red/Brown   Glasses: No

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

___8/31/23___
Executed On

___(signature)___
Brian K. McClernan

Client Ref Number: 0076335-000019
Job #: 1622985

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050